UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAMBERT GUTUTALA, <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY, *et al.,* <br><br> Defendants. | CASE NO. C09-5568RBL <br><br> REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE <br><br> Noted for January 15, 2010 |

This case has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B). This matter comes before the court upon Plaintiff's request to withdraw his complaint (Doc. 10). After reviewing Plaintiff's motion, the undersigned recommends that the court GRANT the motion and dismiss this matter without prejudice pursuant to Rule 41(a).

Under Rule 41, a plaintiff has the right to voluntarily dismiss his case when no answer or motion for summary judgment has been filed by an adverse party. Rule 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer or a motion for summary judgment. Roddy v. Dendy, 141 F.R.D. 261, 262 (S.D. Mississippi, 1992).

Plaintiff filed his complaint with the court on September 9, 2009. The matter was reviewed and the court issued an order explaining the complaint contained certain deficiencies. Plaintiff was directed to cure the deficiencies and/or show cause why the matter should not be

ORDER - 1

summarily dismissed. In response, Plaintiff has most recently filed the instant motion to voluntarily dismiss the case.

Significantly, the matter has not been served on the defendant, and thus, no answer or summary judgment motion has been filed by defendants. Plaintiff's request to withdraw his complaint without prejudice should be GRANTED.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on January 15, 2010, as noted in the caption.

DATED this 23rd day of December, 2009.

J. Richard Creatura
United States Magistrate Judge