UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAMBERT GUTUTALA,

    Plaintiff,

v.

PIERCE COUNTY, *et al.*,

    Defendants.

Case No. C09-5568RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 11), objections to the report and recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 11);

(2) Plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a);

(3) All pending motions are **STRICKEN** as **MOOT**; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Richard Creatura.

DATED this 19th day of January, 2010.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1