# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAMBERT GUTUTALA

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY, *et al.*,

CASE NUMBER: C09-5568RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation (Dkt.11);

(2) Plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a); and

(3) All pending motions are **STRICKEN** as **MOOT**.

January 20, 2010      BRUCE RIFKIN
Clerk

s/Mary Trent
Deputy Clerk